IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO BERTUCCI,<br><br>Defendant. | 8:15CR75<br><br>INFORMATION<br><br>16 U.S.C. § 668(a)<br>18 U.S.C. §2 |

15 MAR 11 PM 2:47
OFFICE OF THE CLERK

The United States Attorney charges

### COUNT I

On or about the 10th day of February, 2014, in the District of Nebraska, the defendant, ANTONIO BERTUCCI, did aid and abet L.B. to knowingly and with wanton disregard for the consequences of his act, take a bald eagle without being permitted to do so, in that the defendant, ANTONIO BERTUCCI, provided a rifle to L.B. and drove L.B. around in a vehicle while L.B. searched for and ultimately shot and killed a bald eagle near Macy, Nebraska.

In violation of Title 16, United States Code, Section 668(a), and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: *[signature]*
DOUGLAS R. SEMISCH, #16655
Assistant U.S. Attorney

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: DOUGLAS R. SEMISCH, #16655
Assistant U.S. Attorney